IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PROMED, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 3:23-CV-2023-D |
| | § | |
| QUINTAIROS PRIETO WOOD | § | |
| & BOYER, P.A., | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

The trial of this case, which is set on the two-week docket of March 17, 2025, will commence at 9:00 a.m. on Monday, March 24, 2025. The court will conduct a pretrial conference in courtroom 1351, United States Courthouse, Dallas, Texas, on Friday, March 21, 2025 at 1:30 p.m.

**SO ORDERED**.

February 26, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE